UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:            CASE NO. 06-52611-TJT
QUENTIN RAY VINES         CHAPTER 13 PROCEEDINGS
                                          HON. THOMAS J. TUCKER

                Debtor
_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| QUENTIN RAY VINES<br>P O BOX 11161<br>DETROIT, MI 48211-0000<br>SSN: XXX-XX-2855 | N/A | N/A | DEBTOR REFUND | 1242596 | 2/18/10 | $ 11.17 |

DATED: March 05, 2010                   /s/ TAMMY L. TERRY
                                                           TAMMY L. TERRY, STANDING
                                                           CHAPTER 13 TRUSTEE
                                                           535 GRISWOLD
                                                           SUITE 2100
                                                           DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930      8952421
DETROIT, MICHIGAN 48231-1930

0652611 00000 07414 1242596
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT**

Date: 02/18/2010                                                                                                    Check No: 1242596
Payee: CLERK OF US BANKRUPTCY COURT

| 0652611 | QUENTIN RAY VINES | | | 11.17 | 0.00 | 11.17 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1242596
SunTrust Bank

FOR  QUENTIN RAY VINES
BK:0652611 ACCT:
PRIN:   11.17   INT:   0.00

DATE Feb 18, 2010

AMOUNT
**********11.17

PAY  **11.17**
Eleven And 17 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $11.17
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1242596⑈  ⑆061100790⑆:0000005751516⑈

IN THE MATTER OF:

QUENTIN RAY VINES

CASE NO. 06-52611-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**WEIK, CHIMKO & ASSOCIATES
30701 WOODWARD AVE
STE 400
ROYAL OAK, MI 48073-0992**

**Last Known Address for Debtor:**

**QUENTIN RAY VINES
P O BOX 11161
DETROIT, MI 48211**

DATED: March 05, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226